UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------X
Bay,

                              Plaintiffs,              **O R D E R**

              - against -                             7:14-cv-05321-cs


NDT,

                              Defendant.
----------------------------------------------------------X
Seibel, J.

        It having been reported to this Court that this case has been settled, IT IS HEREBY

ORDERED that this action is discontinued with prejudice but without costs; provided, however,

that if settlement is not consummated within sixty days of the date of this order, any party may

apply by letter within the sixty-day period for restoration of the action to the calendar of the

undersigned, in which event the action will be restored.


        SO ORDERED.


Dated:  White Plains, New York
         March 12, 2015

                                                    Cathy Seibel, U.S.D.J.


USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 3/13/15